UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF FLORIDA, *ex rel.* Larry Bomar,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAYFRONT HMA MEDICAL CENTER, LLC, JOHNS HOPKINS ALL CHILDREN'S HOSPITAL, INC., MORTON PLANT HOSPITAL ASSOCIATION, INC., TRUSTEES OF MEASE HOSPITAL, INC., ST. ANTHONY'S HOSPITAL, INC., and COMMUNITY HEALTH CENTERS OF PINELLAS, INC.,<br><br>　　　　　　Defendants. | No. 8:16-cv-3310-MSS-JSS |

### THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF CLAIMS AGAINST MORTON PLANT HOSPITAL ASSOCIATION INC., TRUSTEES OF MEASE HOSPITAL, INC., AND ST. ANTHONY'S HOSPITAL, INC.

On April 25, 2022, Larry Bomar ("Relator") and Morton Plant Hospital Association, Inc., Trustees of Mease Hospital, Inc., and St. Anthony's Hospital, Inc. (the "Settling Defendants") filed a Joint Stipulation of Dismissal. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement dated April 4, 2022 between Relator, the Settling Defendants, Baycare Health System Inc., and the United States, the United States hereby notifies

the Court that the United States consents to the dismissal of this case against the Settling Defendants as follows:

(1) with prejudice as to the Relator;

(2) with prejudice as to the United States as to the Covered Conduct described in the Settlement Agreement; and

(3) otherwise without prejudice to the United States.

The reason for the consent is that the dismissal is pursuant to the Settlement Agreement reflecting a settlement that is fair, adequate, and reasonable.

Dated: April 25, 2022                      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ROGER B. HANDBERG
United States Attorney

*/s/ Carolyn B. Tapie*
Carolyn B. Tapie
Assistant United States Attorney
USA No. 190
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
carolyn.b.tapie@usdoj.gov

JAMIE ANN YAVELBERG
ROBERT MCAULIFFE
ALISON B. ROUSSEAU
JONATHAN T. THROPE
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
175 N St. NE
Washington, DC 20002
Tel:  (202) 305-3716
Fax: (202) 307-4117
Jonathan.T.Thrope@usdoj.gov


*Attorneys for the United States of America*


## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/Carolyn B. Tapie*
Carolyn B. Tapie
Assistant United States Attorney