UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LARRY BOMAR,**

       **Plaintiff,**

v.                                            Case No: 8:16-cv-3310-MSS-JSS

**BAYFRONT HMA MEDICAL CENTER, LLC, JOHN HOPKINS ALL CHILDREN'S HOSPITAL, INC., MORTON PLANT HOSPITAL ASSOCIATION, INC., TRUSTEES OF MEASE HOSPITAL, INC., ST. ANTHONY'S HOSPITAL, INC. and COMMUNITY HEALTH CENTERS OF PINELLAS, INC.,**

       **Defendants.**

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court for consideration of Relator and Defendants Morton Plant Hospital Association, Inc., Trustees of Mease Hospital, Inc., and St. Anthony's Hospital, Inc., (the "Settling Defendants") Joint Stipulation of Dismissal, (Dkt. 79), and the United States' Notice of Consent to Dismissal. (Dkt. 80) Therein, the Relator and Settling Defendants inform the Court that a settlement was reached. (Dkt. 79) The United States also consents to that settlement. (Dkt. 80) Upon consideration of the Joint Stipulation and Notice, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, as to the Settling Defendants, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. This action shall proceed in the normal course against all remaining Defendants. The **CLERK** is directed to **TERMINATE** the Settling Defendants.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of May 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party