UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LARRY BOMAR,**

    Plaintiff,

v.                                        Case No: 8:16-cv-3310-MSS-JSS

**BAYFRONT HMA MEDICAL CENTER, LLC, JOHN HOPKINS ALL CHILDREN'S HOSPITAL, INC. and COMMUNITY HEALTH CENTERS OF PINELLAS, INC.,**

    **Defendants.**

___

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Relator and Defendants Morton Plant Hospital Association, Inc., Trustees of Mease Hospital, Inc., and St. Anthony's Hospital, Inc. (the "Settling Defendants"), Joint Final Stipulation of Dismissal with Prejudice, (Dkt. 83), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, as to the Settling Defendants. Each party shall bear its own attorneys' fees and costs associated with this matter.

**DONE and ORDERED** in Tampa, Florida this 7th day of June 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party